```
 1  DAVID A. BOONE - State Bar No. 74165
    LEELA V. MENON - State Bar No. 195435
 2  LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Fax (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Emilian and Iuliana Elefteratos
 6

 7                      UNITED STATES BANKRUPTCY COURT
 8                      NORTHERN DISTRICT OF CALIFORNIA
 9

10  IN RE:                              )   CASE NO. 06-50769 ASW 11
11                                      )
    EMILIAN ELEFTERATOS                 )   CHAPTER 11
12                                      )
    IULIANA ELEFTERATOS                 )
13                                      )   Adv. Proc. No. 06-5162 ASW
                        Debtors.        )
14  _____  )
                                        )
15  EMILIAN ELEFTERATOS                 )
    IULIANA ELEFTERATOS                 )
16                      Plaintiffs,     )
                                        )
17  v.                                  )
                                        )
18  WATERMILL PARTNERS, LLC             )
    WELLS FARGO BANK, N.A.              )
19  CISCO SYSTEMS, INC.                 )
    NEIMAN MARCUS, a Division of THE    )
20  NEIMAN MARCUS GROUP, INC.           )
    FRANCHISE TAX BOARD;                )
21  BROCADE COMMUNICATIONS              )
    SYSTEMS, INC.;                      )
22  INTERNAL REVENUE SERVICE;           )
    MBNA AMERICA BANK, N.A.             )
23  MBNA AMERICA, N.A.                  )
    _____  )
24
```

25             **STIPULATED JUDGEMENT WITH DEFENDANT**
               **MBNA AMERICA BANK, N.A. and MBNA AMERICA, N.A.**
26              **n/k/a BANK OF AMERICA, FIA CARD SERVICES, N.A.**

27       This stipulated judgment is made and entered into by and between the parties,

28  Plaintiffs, EMILIAN and IULIANA ELEFTERATOS, (hereinafter referred to as

                                          1

"Plaintiffs") and Defendant, MBNA America Bank, N.A. and MBNA America Bank, N.A. n/k/a Bank of America, FIA Card Services, N.A. (hereinafter referred to as the "Defendants MBNA America Bank and MBNA America").

This stipulated judgment is intended to settle and resolve all disputes arising in or relating to Adversary Proceeding herein with respect to Defendants MBNA America Bank and MBNA America..

Plaintiffs and Defendants shall bear their own attorney's fees and costs;

Defendants MBNA America Bank and MBNA America hereby stipulate that their secured judgment liens, upon Plaintiff's property commonly known commonly known as 1995 Herriman Avenue, Saratoga, CA 95070 (hereinafter referred to as the "the subject property") are wholly unsecured, have no value, and the liens as described below shall be declared null and void and of no further force or effect:

    a. An abstract of judgment for the amount herein stated and any other amounts due, for the amount of $121,422.45, recorded in favor of MBNA America Bank, N.A. recorded on March 25, 2005, Instrument No. 18290784, of the Official Records Santa Clara County; and

    b. An abstract of judgment for the amount herein stated and any other amounts due, for the amount of $121,422.45, recorded in favor of MBNA America, N.A. recorded on April 4, 2005, Instrument No. 18302441, of the Official Records Santa Clara County.

Defendant MBNA hereby stipulates that its claim be allowed as a general unsecured claim only in the Plaintiffs Chapter 11 case reserving all rights of the Plaintiffs to object thereto.

Plaintiff respectfully requests that the proceedings be dismissed forthwith as to Defendants MBNA.

DATED: February 16, 2007      /s/ David A. Boone
David A. Boone, Esq.
LAW OFFICES OF DAVID A. BOONE
Attorney For Plaintiffs

DATED: 2/19/2007     /s/Robert S. Lampl
Robert S. Lampl, Esquire
Attorney For MBNA America Bank, N.A.
and MBNA America Bank, N.A. n/k/a Bank
of America, FIA Card Services, N.A.